

Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision dated

| | |
|---|---|
| **Name of Offender:** Joshua Lee Demos | **Case Number:** 13CR10154 |

**Name of Sentencing Judicial Officer:**      Honorable Patti B. Saris, Chief U.S. District Judge

| | |
|---|---|
| **Date of Original Sentence:** | 1/16/2014 |
| **Date of 1st Revocation Sentence:** | 12/20/16 |
| **Date of 2nd Revocation Sentence:** | 3/28/17 |
| **Date of 3rd Revocation Sentence:** | 7/19/17 |
| **Date of 4th Revocation Sentence:** | 5/16/19 |
| **Original Offense:** | Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) |
| **Original Sentence:** | 46 months of custody followed by 12 months of supervised release |
| **1st Revocation Sentence:** | Time Served to be followed by 12 months of supervised release |
| **2nd Revocation Sentence:** | 1 month of custody to be followed by 9 months of supervised release |
| **3rd Revocation Sentence:** | 2 months of custody to be followed by 12 months of supervised release |
| **4th Revocation Sentence:** | 5 months of custody to be followed by 12 months of supervised release |

| | |
|---|---|
| **Type of Supervision:** Supervised Release | **Date Supervision Commenced:** 9/21/2016<br>**Date Supervision Re-commenced:** 12/20/16, 4/19/17, 8/28/17, 7/19/19 |
| **Asst. U.S. Attorney:** Seth B. Kosto | **Defense Attorney:** Styliannus Sinnis |

## PETITIONING THE COURT

☒     To issue a warrant
☐     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Standard Condition # 3:** The defendant shall truthfully answer all Inquiries by the probation officer and follow the instructions of the probation officer. |

On 7/19/19, Joshua Demos completed the custodial portion of his sentence and commenced his term of supervised release. He reported to the U.S. Probation Office in Boston on that date. On

Prob-J2C                                    -2-                    Petition and Affidavit for Warrant or Summons
                                                                  For Offender Under Supervision

7/22/19, this writer spoke over the telephone with him and instructed him to report to the U.S. Probation Office in Lawrence, MA that date. He advised that he was unsure if he could arrange transportation to Lawrence. Later that date, he reported that he was unable to get to Lawrence. He was informed that he was going to be placed into residential Substance Use Disorder treatment at Hope House sometime that week, per his special condition. He was instructed to report to the U.S. Probation Office in Boston on 7/23/19 at 1:00PM. He indicated that he would be able to do so. On 7/23/19, Mr. Demos failed to report as instructed and failed to contact this writer.

On 7/24/19, Mr. Demos was contacted via text message and instructed to report to the U.S. Probation Office, Boston, MA on that date at 1PM. He responded indicating that he could report as instructed. Later that date, he sent a text message to this writer indicating that he had no means to afford transportation to Boston. At that time, this writer and Mr. Demos made a plan to meet at his residence on 7/25/19 at 10am.

On 7/25/19 at 9am, Mr. Demos sent a text message requesting to meet at his cousin's house in Lynn, as he was there helping them with their yard. He provided the address and this meeting was confirmed. Later that day, he sent a text message indicating that he needed to go to the dump. This writer called and spoke with Mr. Demos and he advised that he was working with his cousin and needed to reschedule the meeting with this writer. He advised that he could meet around 1:30pm and he would contact this writer with a location for the meeting. Later that day he sent a text message advising that he would be done working around 3:30pm. This writer confirmed the schedule change and agreed to meet him at a Dunkin Donuts on Walnut Street, Lynn, MA. At approximately 4pm, he sent a text message to this writer indicating that he was driving back from a scrapyard in Chelsea and could meet in an hour. He failed to attend this meeting. He sent text messages indicating there was traffic and that he had to work and take care of equipment. He advised that he would be calling this writer but has not done so.

On 7/26/19, this writer sent text messages to Mr. Demos and called him multiple times, with no response.

On 7/29/19, a text message was received from Mr. Demos indicating that he was willing to meet with this writer, that he knew he needed help, but did not want to go to a treatment program in Boston. He advised via text message, that he would call this writer. Mr. Demos did not call this writer and did not answer when this writer called his phone.

On 7/30/19, Mr. Demos responded to text messages sent to his phone. He did not call this writer and did not answer when this writer called his phone number.

On 7/31/19, Mr. Demos did not respond to text messages sent to his phone and did not call as instructed. He did not answer the phone when this writer called the phone number.

On 8/1/19, Mr. Demos did not respond to text messages sent to his phone and did not call as instructed. He did not answer the phone when this writer called the phone number.

**II**          **Violation of Standard Condition #5: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hrs. of becoming aware of a change or expected change.**

On 7/22/19, Mr. Demos informed this writer that he was residing at 24 Nichols Street, Apartment 2, Lynn, MA with his aunt, Debbie Hall and uncle, Gerald Hanley. On 8/2/19, this writer spoke over the telephone with Gerald Hanley, who reported that he believed that Mr. Demos was in jail in Maine and that he had not seen him in a long while. Mr. Hanley confirmed that he, himself, still resided at 24 Nichols Street, Apartment 2, Lynn, MA and that Mr. Demos had not been living with him at that location. At this time, Mr. Demos' whereabouts are unknown.

III      **Violation of Special Condition #1: Immediately upon release from custody, the defendant is to reside in a Residential Reentry Center (RRC) for a period of up to 6 months or until a placement is secured in a residential substance use disorder program approved by the Probation Office, which he would be expected to successfully complete in lieu of a RRC.**

The Probation Office made arrangements for Mr. Demos to be placed into residential substance use disorder treatment in Boston, MA. We secured two options, the Gavin House and Hope House. Staff from the Hope House attempted to contact Mr. Demos to complete an intake. Mr. Demos did return the call to the Hope House and left a voicemail for the Clinical Director indicating that he would call back, but he has not done so to this date. The Hope House has continued their efforts to reach Mr. Demos, but to date no contact has been made.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
- ☒    Revoked
- ☐    Extended for   year(s), for a total term of years.

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed and approved by:                                    Respectfully submitted,

/s/ Lisa M. Paiva                                            /s/ Thomas C. Mullen, III
Lisa M. Paiva                                                Thomas C. Mullen, III
Supervisory U.S. Probation Officer                           Senior U.S. Probation Officer
                                                             Date: 08/02/2019

**THE COURT ORDERS**
- ☐    No Action
- ☒    The Issuance of a Warrant
- ☐    The Issuance of a Summons
- ☐    Other

Honorable Patti B. Saris,
Chief U.S. District Judge

Date: _____

AO 442  (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Joshua Lee Demos<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Case No.  13-cr-10154-PBS |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSHUA LEE DEMOS                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☑ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   Violation(s) of Condition(s) of Supervised Release

Date:   08/02/2019                                                    _____
                                                                                                      *Issuing officer's signature*

City and state:   Boston, Massachusetts                         Miguel Lara - Deputy Clerk
                                                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                    _____<br>                                                                   *Arresting officer's signature*<br><br>                                                                   _____<br>                                                                   *Printed name and title* |